IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Elizabeth Sichinga | : | Chapter 13 |
|  | : | Case No.: 21-13246-PMM |
| Debtor(s) | : | |

## MOTION TO VACATE ORDER GRANTNG DISMISSING OF THE CHAPTER 13 CASE

Debtor, Elizabeth Sichinga, by and through Attorney Brad J. Sadek, Esq., moves this Honorable Court to vacate the April 2, 2022 Order Dismissing the Chapter 13 case and in support thereof avers the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on December 8, 2021.

2. On April 2, 2022, an Order was entered dismissing the Chapter 13 Bankruptcy due to the debtor's alleged failure to make timely monthly payments per the Chapter 13 Plan.

3. The debtor avers they will make a payment by or before the Hearing date presently scheduled for this Motion.

WHEREFORE, Debtor, by and through the undersigned counsel, respectfully request this Honorable Court to enter an Order Vacating the April 2, 2022 Order dismissing the Chapter 13 case.

Dated: April 13, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107